IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:18-cv-2178

**JACKIE KNOWLES & DONALD EPSTEIN**,

    Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, by and through its counsel, Debra K. Sutton and Katie B. Johnson, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company ("American Family") is the Defendant in the above titled action, originally filed in the Boulder County District Court, Case No. 2018CV30694. On July 21, 2018, Plaintiffs filed their Complaint and Jury Demand in Boulder County District Court. The Complaint seeks recovery of damages as to American Family based on allegations of breach of contract, bad faith breach of insurance contract, and violations of C.R.S. § 10-3-1115 and relief pursuant to § 10-3-1116. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit C**.

2.     Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3.     The present action is between citizens of different states. Plaintiffs are citizens of the State of Colorado. *See* **Exhibit C** at ¶ 1. Defendant is a corporation with its principle place of business in Wisconsin. **Exhibit C** at ¶ 2. *See also* **Exhibit K**, Documents on File with Colorado Secretary of State.

4.     The amount in controversy exceeds $75,000. **Exhibit B**, Plaintiffs' District Court Civil Cover Sheet (showing they seek more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Additionally, Plaintiffs' allege that American Family provided a bid for covered damages to Plaintiff's property in the amount of $48,251.23, and that no further progress was made, forcing Plaintiffs to file suit. **Exhibit C** at ¶¶ 25, 27, 49. Plaintiffs further allege that they are entitled to twice the covered benefit under C.R.S. § 10-3-1115/1116, plus attorneys' fees and costs.

5.     Therefore, this Court has original jurisdiction of this matter because the diversity of citizenship and amount in controversy requirements have been met. Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal. American Family was served with Plaintiffs' Complaint and Jury Demand in this matter on July 25, 2018. **Exhibit E,** Return of Service. Thus, American Family's Notice of Removal is due August 24, 2018.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), F.R.C.P. 81(c) and D.C.Colo.LCivR 81.1, copies of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with Boulder County District Court. *See* **Exhibit L,** State Court Notice of Intent to Remove. The process, pleadings, and orders are captioned as follows:

- **Exhibit A**    Summons – American Family
- **Exhibit B**    District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third-Party Complaint;
- **Exhibit C**    Complaint and Jury Demand;
- **Exhibit D**    Notice of Change of Address;
- **Exhibit E**    Return of Service regarding American Family;
- **Exhibit F**    Defendant American Family's Unopposed Motion for Two Week Extension of Time to Respond to Complaint;
- **Exhibit G**    Defendant American Family's Proposed Order Granting Unopposed Motion for Two Week Extension of Time to Respond to Complaint;
- **Exhibit H**    Plaintiffs' Substitution of Counsel;

- **Exhibit I**   Court's Order Granting Defendant American Family's Unopposed Motion for Two Week Extension of Time to Respond to Complaint; and
- **Exhibit J**   Plaintiffs' Substitution of Counsel.

8. American Family has complied with the requirements of 28 U.S.C. § 1446, F.R.C.P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the Boulder County District Court in Civil Action No. 2018CV30694. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel. The register of actions is attached as **Exhibit M.**

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company respectfully requests that this case be removed from the District Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 24th day of August, 2018.

*/s/  Katie B. Johnson*
Debra K. Sutton
Katie B. Johnson
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 520
Denver, Colorado  80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  dsutton@suttonbooker.com
         kjohnson@suttonbooker.com
***Attorneys for Defendant,***
***American Family Mutual Insurance Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2018, I electronically filed a true and correct copy of the above and foregoing DEFENDANT'S NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher M. Drake
Smith Jadin Johnson PLLC
11755 Airport Way, Ste. E
Broomfield, CO 80021

*/s/  Melissa J. Larsen*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*